UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 13, 2004

11:30 a.m.

CASE NO. **3:01cv1375 (AHN)**   Smith v East Haven, et al

Hugh Keefe   *Nicole Fournier* ✓
Sonia M. Jones
Nancy Fitzpatrick
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506

Howard Jacobs
Rosemarie Paine ✓
Jacobs, Grudberg, Belt & Dow
350 Orange Street, P.O. Box 606
New Haven, CT 06503-0001

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Any request for postponement should be addressed to Alice Montz at 203 579-5952

Held: ① ∆ will file summary judgment motion within 45 days.