UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA SMITH | : | NO. 3:01 CV 1375(AHN) |
| As Executor of the | : | |
| Estate of Josephine Giaimo | : | |
| | : | |
| vs. | : | |
| | : | |
| TOWN OF EAST HAVEN | : | |
| Individual Officers: | : | |
| Mike D'Amato, Badge #0430 | : | |
| David Torello, Badge #1750 | : | |
| John Cascio, Badge #0310 | : | |
| Lisa Scaramella, Badge #1580; and | : | |
| Kevin McCarthy. Badge #1080 | : | MARCH 26, 2004 |

MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants hereby move for summary judgment in their favor on the Plaintiff's Complaint dated July 20, 2001 on the grounds that the officers are entitled to qualified and governmental immunity and Plaintiff has failed to establish her <u>Monell</u> and C.G.S. §7-465 claims. Since there are no genuine issues of material fact, the Defendants are entitled to judgment as a matter of law. A memorandum of law in support of this motion and the Defendants' Local Rule 56(a)(1) Statement have been filed herewith.

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\GIAIMO\MOTION FOR SUMMARY JUDGMENT 3-26-04.DOC

             RESPECTFULLY SUBMITTED,
             THE DEFENDANTS


          BY: _____
             HUGH F. KEEFE, ESQ.
             52 Trumbull Street
             P.O. Box 1612
             New Haven, CT 06506
             (203) 787-0275
             Federal Bar No. ct05106


## CERTIFICATION

 I hereby certify that a copy of the above was mailed on March 26, 2004 to all counsel and pro se parties of record as follows:

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503


                _____
                Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\GIAIMO\MOTION FOR SUMMARY JUDGMENT 3-26-04.DOC