UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SMITH,<br>As Executrix of the<br>Estate of Josephine Giaimo | :<br>:<br>: NO. 3:01 CV 1375(AHN) |
| vs. | : |
| TOWN OF EAST HAVEN<br>Individual Officers: Mike D'Amato, Badge #0430;<br>David Torello, Badge # 1750;<br>John Cascio, Badge # 0310<br>Lisa Scaramella, Badge #1580; and<br>Kevin McCarthy, Badge #1080 | :<br>:<br>:<br>:<br>:<br>: APRIL 5, 2004 |

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7, plaintiff hereby seeks leave of the Court for an extension of time in which to file her opposition to defendants' Motion for Summary Judgment. Plaintiff's opposition is presently due April 16, 2004. Plaintiff seeks an additional three weeks in which to respond to the motion. Defendants do not oppose this motion.

**A.   Factual and Procedural Background**

Plaintiff filed her complaint on July 20, 2001, claiming federal civil rights violations and state law claims sounding in negligence against the defendant police officers and Town of East Haven. Plaintiff's decedent was shot to death by her ex-husband. Plaintiff claims, inter alia, that the defendant police officers knew or should have known of the danger to her decedent and failed to take appropriate action to protect her.

Trial of the case has not yet been scheduled.

Case 3:01-cv-01375-AHN   Document 30   Filed 04/07/2004   Page 2 of 3

**B.    Legal Argument**

Plaintiff represents that there is good cause to grant her motion for the following reasons. Plaintiff's counsel is presently preparing for trial in the matter of <u>Fitch v. Milford Power Co. et al.</u>, CV-01-0077449S (Complex Lit), pending in the Judicial District of Tolland at Rockville. This is a very complex personal injury action involving the fatalities and terrible injuries suffered in February 2, 2000 during the construction of the Milford power plant. Despite assistance from others in the office, preparation for trial in <u>Fitch</u> is delaying counsel's ability to respond to the summary judgment motion. Accordingly, plaintiff seeks this additional time so as to provide the Court with a cogent opposition to the summary judgment motion.

Defendants' counsel does not object to the requested extension.

This is the first extension of time sought with regard to this deadline.

**C.    Conclusion**

For these reasons, plaintiff respectfully requests her motion be granted.

THE PLAINTIFF

By: /s/ Rosemarie Paine
Rosemarie Paine (ct15694)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT 06503
Telephone No.: 203-772-3100
Facsimile No.: 203-772-1691
e-mail: rpaine@jacobslaw.com

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 5th day of April 2004 to:

Hugh Keefe, Esquire
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06506

                                                <u>/s/ Rosemarie Paine</u>
                                                Rosemarie Paine