30

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -7  A 10: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SANDRA SMITH,
As Executrix of the
Estate of Josephine Giaimo

: NO. 3:01 CV 1375(AHN)

vs.

TOWN OF EAST HAVEN
Individual Officers: Mike D'Amato, Badge #0430;
David Porello, Badge # 1750;
John Cascio, Badge # 0310
Lisa Scaramella, Badge #1580; and
Kevin McCarthy, Badge #1080

: APRIL 5, 2004

## MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7, plaintiff hereby seeks leave of the Court for an extension of time in which to file her opposition to defendants' Motion for Summary Judgment. Plaintiff's opposition is presently due April 16, 2004. Plaintiff seeks an additional three weeks in which to respond to the motion. Defendants do not oppose this motion.

**A.   Factual and Procedural Background**

Plaintiff filed her complaint on July 20, 2001, claiming federal civil rights violations and state law claims sounding in negligence against the defendant police officers and Town of East Haven. Plaintiff's decedent was shot to death by her ex-husband. Plaintiff claims, inter alia, that the defendant police officers knew or should have known of the danger to her decedent and failed to take appropriate action to protect her.

Trial of the case has not yet been scheduled.

4/08/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.