UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SMITH, <br> As Executrix of the <br> Estate of Josephine Giaimo | : <br> : <br> : NO. 3:01 CV 1375(AHN) |
| vs. | : |
| TOWN OF EAST HAVEN <br> Individual Officers: Mike D'Amato, Badge #0430; <br> David Torello, Badge # 1750; <br> John Cascio, Badge # 0310 <br> Lisa Scaramella, Badge #1580; and <br> Kevin McCarthy, Badge #1080 | : <br> : <br> : <br> : <br> : <br> : MAY 3, 2004 |

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7, plaintiff hereby seeks leave of the Court for a second extension of time in which to file her opposition to defendants' Motion for Summary Judgment. Plaintiff's opposition is presently due May 7, 2004. Plaintiff seeks an additional two weeks in which to respond to the motion. Defendants do not oppose this motion.

A.  **Factual and Procedural Background**

Plaintiff filed her complaint on July 20, 2001, claiming federal civil rights violations and state law claims sounding in negligence against the defendant police officers and Town of East Haven. Plaintiff's decedent was shot to death by her ex-husband. Plaintiff claims, inter alia, that the defendant police officers knew or should have known of the danger to her decedent and failed to take appropriate action to protect her.

Trial of the case has not yet been scheduled.

B.  **Legal Argument**

Plaintiff represents that there is good cause to grant her motion for the following reasons. Plaintiff's counsel is this week picking a jury in the matter of Fitch v. Milford Power Co. et al., CV-01-0077449S (Complex Lit), pending in the Judicial District of Tolland at Rockville. This is a very complex personal injury action involving the fatalities and terrible injuries suffered in February 2, 2000 during the construction of the Milford power plant. Commencement of the Fitch trial is delaying counsel's ability to respond to the summary judgment motion. Moreover, the Fitch trial is occupying several attorneys in this office who would otherwise have assisted the undersigned in responding to this motion. Accordingly, plaintiff seeks this additional time so as to provide the Court with a cogent opposition to the summary judgment motion.

Defendants' counsel does not object to the requested extension.

This is the second extension of time sought with regard to this deadline.

C.  **Conclusion**

For these reasons, plaintiff respectfully requests her motion be granted.

THE PLAINTIFF

By: /s/ Rosemarie Paine
 Rosemarie Paine (ct15694)
 JACOBS, GRUDBERG, BELT & DOW, P.C.
 350 Orange Street
 New Haven, CT 06503
 Telephone No.: 203-772-3100
 Facsimile No.: 203-772-1691
 e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 3rd day of May 2004 to:

Hugh Keefe, Esquire
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06506

                                         /s/ Rosemarie Paine
                                         Rosemarie Paine