UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SMITH,<br>As Executrix of the<br>Estate of Josephine Giaimo | :<br>:<br>: NO. 3:01 CV 1375(AHN) |
| vs. | : |
| TOWN OF EAST HAVEN<br>Individual Officers: Mike D'Amato, Badge #0430;<br>David Torello, Badge # 1750;<br>John Cascio, Badge # 0310<br>Lisa Scaramella, Badge #1580; and<br>Kevin McCarthy, Badge #1080 | :<br>:<br>:<br>:<br>:<br>: MAY 3, 2004 |

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7, plaintiff hereby seeks leave of the Court for a second extension of time in which to file her opposition to defendants' Motion for Summary Judgment. Plaintiff's opposition is presently due May 7, 2004. Plaintiff seeks an additional two weeks in which to respond to the motion. Defendants do not oppose this motion.

**A.   Factual and Procedural Background**

Plaintiff filed her complaint on July 20, 2001, claiming federal civil rights violations and state law claims sounding in negligence against the defendant police officers and Town of East Haven. Plaintiff's decedent was shot to death by her ex-husband. Plaintiff claims, inter alia, that the defendant police officers knew or should have known of the danger to her decedent and failed to take appropriate action to protect her.

Trial of the case has not yet been scheduled.

5/07/04 GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.