

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 19 P 1:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SANDRA SMITH,
As Executrix of the
Estate of Josephine Giaimo  :  NO. 3:01 CV 1375(AHN)

vs.  :

TOWN OF EAST HAVEN
Individual Officers: Mike D'Amato, Badge #0430;
David Torello, Badge # 1750;
John Cascio, Badge # 0310
Lisa Scaramella, Badge #1580; and
Kevin McCarthy, Badge #1080  :  MARCH 17, 2004

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15(a) and 16, plaintiff hereby seeks leave of the Court to file an Amended Complaint. Plaintiff seeks leave to amend her complaint to clarify that her complaint seeks damages against the City of East Haven pursuant both to Connecticut General Statutes section 7-465 and to Connecticut General Statutes section 52-557n. The requested amendment will not alter the evidence in issue. Accordingly, plaintiff respectfully requests leave to file the attached amended complaint.

A.  **Factual and Procedural Background**

Plaintiff filed her complaint on July 20, 2001, claiming federal civil rights violations and state law claims sounding in negligence against the defendant police officers and Town of East Haven. Plaintiff's decedent was shot to death by her ex-husband. Plaintiff claims, inter alia, that the defendant police officers knew or should have known of the danger to her

[Margin annotations:]
May 19, 2004. Plaintiff's Motion for Leave to Amend Complaint is GRANTED ABSENT OPPOSITION (Local Rule 9(a)). The Clerk is directed to file the Amended Complaint attached to this motion.
Alan H. Nevas, U.S.D.J.

FILED 2004 MAY 20 A 10: [?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN