# EXHIBIT A

```
1    UNITED STATES DISTRICT COURT

2    DISTRICT OF CONNECTICUT

3

4
     ---------------------------x
5
     SANDRA SMITH, as
6    Executrix of the Estate
     of Josephine Giaimo,       :
7
                Plaintiffs,     :
8
         -versus-               : No. 3:01 CV 1375(AHN)
9
     TOWN OF EAST HAVEN,
10   Individual Officers: Mike
     D'Amato, Badge #0430;
11   David Torello, Badge
     #1750; John Cascio, Badge
12   #0310; Lisa Scaramella,
     Badge #1580; and Kevin
13   McCarthy, Badge #1080,     :

14              Defendants.     :

15   ---------------------------x

16

17             Deposition of BRUCE SCOBIE, taken

18   pursuant to Federal Rules of Civil Procedure, at the

19   law offices of Jacobs, Gruderg, Belt & Dow, P.C., New

20   Haven, Connecticut, before Jacqueline McCauley,

21   RPR/CSR, a Notary Public in and for the State of

22   Connecticut, on September 24, 2003, at 11:30 a.m.

23

24

25
```

1  with a gun in his hand.
2     Q.  When did she come to the police department
3  to give that information?
4     A.  I took the statement August 16 it's
5  signed.
6     Q.  Okay.  Would she have come forward on that
7  evening or -- I mean, would that have been the evening
8  you just, that she came in and you spoke to her?
9     A.  No.  I took the statement the night she
10 came in.
11    Q.  So it would have been August 16?
12    A.  Yes.
13    Q.  Can you tell me whether she gave any
14 reason why she had waited to come in or why she felt
15 compelled to come in on that evening?
16    A.  No, she didn't.
17    Q.  Was there any significance to her
18 statement in light of what you had already learned?
19    A.  No.
20    Q.  What did you learn about the gun that was
21 used to kill Ms. Giaimo?
22    A.  That it belonged to Frank Coscenza.
23    Q.  And did you learn how long he had had the
24 gun?
25    A.  I believe the gun was traced.  I don't

# EXHIBIT B

```
                                                                    1
 1   UNITED STATES DISTRICT COURT

 2   DISTRICT OF CONNECTICUT

 3                                              COPY

 4   CIVIL NO. 3:01 CV 1375 (AHN)

 5   FEBRUARY 12, 2003

 6   ----------------------------------

 7   SANDRA SMITH,

 8   As Executrix of the

 9   Estate of Josephine Giaimo,

10                    Plaintiff

11              -vs-

12   TOWN OF EAST HAVEN, ET AL,

13                    Defendant

14   ----------------------------------

15

16           DEPOSITION OF SANDRA SMITH

17   APPEARANCES:

18       JACOBS, GRUDBERG, BELT & DOW, P.C
           Attorneys for the Plaintiff
19         350 Orange Street
           New Haven, Connecticut  06510
20         (203) 772-3100
         BY:   ROSEMARIE PAINE, ATTORNEY-AT-LAW
21
         LYNCH, TRAUB, KEEFE & ERRANTE
22         Attorneys for the Defendant
           52 Trumbull Street
23         New Haven, Connecticut  06510
           (203) 787-0275
24       BY:   NANCY A. FITZPATRICK, ATTORNEY-AT-LAW

25
```

1   know.

2   Q      Between July, 1999 and May of 2000, when they
3   separated, did she express any other concerns with you in
4   regards to her marital difficulties?

5   A      Yes. You know, periodically she would just say
6   that it's not working.

7   Q      Did she tell you anything else?

8   A      No, no, she wouldn't be specific.

9   Q      Why do you think that she wouldn't specify what
10  the real problems were?

11  A      Well, because she knew that we were not in favor
12  of this marriage to begin with, so, you know, if it failed,
13  it would be like I told you so, so I guess she was
14  embarrassed.

15  Q      So, do you think that she hid some of the
16  information from you?

17  A      Yes.

18  Q      When she separated in May of 2000 from Frank,
19  what did she tell you was the reason for the separation?

20  A      Well, she just left that day and didn't go back.
21  She just said that she couldn't go back.

22  Q      She didn't tell you why she couldn't go back?

23  A      No.

24  Q      Was this mid May that she left?

25  A      Uh-huh (affirmative.)  May 11th.

# EXHIBIT C

COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AT NEW HAVEN

STATE OF CONNECTICUT


CIVIL NO 3: 01 CV 1375(AHN)

APRIL 2, 2003

------------------------------------

SANDRA SMITH

                Plaintiff

        -vs-

TOWN OF EAST HAVEN, ET AL

                Defendant

------------------------------------


DEPOSITION OF JOANNE GIAIMO

APPEARANCES:

    JACOBS, GRUDBERG, BELT & DOW
      Attorneys for the Plaintiff
      350 ORANGE STREET
      NEW HAVEN, CT. 06511-6415
    BY: ROSEMARIE PAINE, ESQ.
       (203) 772-3100

    LYNCH, TRAUB, KEEFE & ERRANTE
      Attorneys for the Defendant
      52 TRUMBULL STREET
      NEW HAVEN, CT. 06510
    BY: NANCY A. FITZPATRICK, ESQ.
       (203) 787-0275

                              ANDREW POLEMENI
                              CERTIFIED COURT REPORTER

1  us.
2  Q   What did she tell you about the separation?
3  A   That she didn't want to live with him anymore.
4  Q   And did she tell you why?
5  A   She was scared.
6  Q   Did she tell you what she was scared of?
7  A   No.
8  Q   During the separation did Miss Giaimo stay at
9  your home at any time?
10 A   Yes.
11 Q   When did she stay there?
12 A   Sometime in May of 2000.
13 Q   How often in May of 2000 did she stay with you?
14 A   I don't remember.
15 Q   Was it all of May of 2000?
16 A   No, no.
17 Q   Towards the end of May 2000?
18 A   Towards the middle and then the end.
19 Q   So is it fair to say the last 3 weeks of May 2000
20 she stayed with you at your home periodically?
21 A   Yes.
22 Q   Why was she staying with you during that time?
23 A   Because she wasn't going home.
24 Q   Did she discuss with you why she didn't want to
25 go home?
26 A   Because Frank was there.
27 Q   Did she discuss with you why she didn't want to

```
1    anyone about Frank's possession of guns.
2         A    Subsequent?
3         Q    After she told you?
4         A    Yes.
5         Q    Who did you tell?
6         A    I told my husband, I told my children and I told
7    her attorney.
8         Q    That is Fred Frettel?
9         A    Ted.
10        Q    Why did you tell her attorney?
11        A    I thought he should know.
12        Q    Why did you think he should know that Frank
13   possessed guns?
14        A    So he could help her with everything he needed to
15   do to get her divorce from him.
16        Q    During the separation Mrs. Giaimo stayed with
17   you, eventually Frank left the home, do you know, do you
18   have any information as to how it came about that he left
19   the home?
20        A    No.
21        Q    Were you present the day he left the home?
22        A    Yes.
23        Q    Describe what happened that day to me?
24        A    She was not home.
25        Q    She meaning Mrs. Giaimo?
26        A    Mrs. Giaimo wasn't home.
27        Q    Where were you?
```