# EXHIBIT D

1

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF CONNECTICUT

 3

 4

 5   ------------------------------x

 6   SANDRA SMITH, As Executrix of
     the Estate of Josephine Giaimo, :
 7
                    Plaintiff,      :
 8                                         Civil Action
           -versus-                 :  No. 3:01 CV 1375
 9                                           (AHN)
     TOWN OF EAST HAVEN,            :
10   Individual Officers:
     Mike D'Amato, Badge #0430;     :
11   David Torello, Badge #1750;
     John Cascio, Badge #0310;      :
12   Lisa Scaramella, Badge #1580;
     and Kevin McCarthy, Badge #1080,:
13
                    Defendants.     :
14
     ------------------------------x
15

16

17            Deposition of LISA NUBIG,

18   taken pursuant to the Federal Rules of Civil

19   Procedure, at the law offices of Jacobs,

20   Grudberg, Belt & Dow, P.C., 350 Orange

21   Street, New Haven, Connecticut, before James

22   A. Martone, L.S.R. #00248, a Notary Public

23   in and for the State of Connecticut, on

24   February 6, 2003, at 3:30 p.m.

25
```

ORIGINAL

SANDERS, GALE & RUSSELL
(203) 624-4157

1   paperwork or made any other statements in writing
2   with respect to this lady, or the murder
3   investigation involving Frank Cosenza and Miss
4   Giaimo?
5        A.   No.
6        Q.   Okay.  Tell me how you came to be
7   involved in this investigation.
8        A.   It says here approximately 1501 hours,
9   I was sent to Miss Giaimo's residence to take a
10  complaint of phone harassment.
11       Q.   Do you recall -- without looking at
12  this or reviewing this, do you have an
13  independent recollection of those events or is
14  the sum total of your recollection from reviewing
15  this report?
16       A.   It's right here.
17       Q.   But what I'm asking you is, as you sit
18  here today, do you remember -- independent of
19  writing the report and referring back to it, do
20  you remember her or do you remember the
21  conversation you had with her?
22       A.   Most of it.  I guess, yeah.
23       Q.   Okay.  Then what I'm going to ask you
24  to do is, if you can answer my questions, and if
25  at any point you need to refer to your report to

```
 1   refresh your recollection, let me know.  Okay.
 2           Do you remember how you were asked
 3   to respond to her home?
 4      A.   As I said, I was sent there on a
 5   harassing phone call complaint.
 6      Q.   Okay.  Who had sent you?
 7      A.   My dispatcher.
 8      Q.   Okay.  And who was there when you
 9   responded?
10      A.   Just Miss Giaimo.
11      Q.   Okay.  Tell me about the conversation
12   you had with her.  How did she appear when you
13   met her?
14      A.   She was -- she was a little upset.  Not
15   very upset, but, you know, a little upset, or
16   annoyed.
17      Q.   Okay.  What did she tell you?
18      A.   She said that she had received a
19   message on her answering machine from Mr. Cosenza
20   and that it was, to her, threatening in nature in
21   effect, or not -- yeah, somewhat threatening.
22      Q.   Okay.
23      A.   Yeah.
24      Q.   Okay.  Do you remember if she had the
25   telephone conversation played for you?  In other
```

```
 1   words, did --
 2        A.    Yes.  I believe she did.
 3        Q.    Okay.  And what did the message say?
 4        A.    It wasn't specific.  That I couldn't --
 5   I couldn't really tell you out of memory what the
 6   message was -- had said.  But it -- I don't
 7   believe it was anything specific that he had said
 8   to her if I'm not mistaken.  Like I had said, I
 9   don't have full recollection of that tape message
10   in my head.
11        Q.    Okay.  So what else did she tell you?
12        A.    With respect to -- just the general
13   conversation?
14        Q.    Yes.  In other words, tell me what you
15   learned from her, also, whether you asked her any
16   follow-up questions.
17        A.    She had -- after the playing of the
18   message, she had explained to me that he was out
19   of the house for about a -- I believe a week or
20   so.  That she had had him removed from the
21   house.
22        Q.    Okay.
23        A.    And --
24        Q.    Did you ask her about that, about
25   having him removed from the house?
```

```
 1      A.   Yes.  She said he was abusive, verbally
 2   abusive to her.
 3      Q.   Okay.
 4      A.   And that they were having some trouble,
 5   so she --
 6      Q.   Okay.  Did she indicate to you anything
 7   else?
 8      A.   She said that at one point, he had
 9   pulled up in front of the house and -- but never
10   said anything, and then he left.
11      Q.   Okay.
12      A.   And that was it.
13      Q.   Okay.  Did you ask her anything else
14   with respect to the history of their relationship
15   are how long she had known him, or anything like
16   that?
17      A.   She stated to me that they were married
18   for about a year.
19      Q.   Did you ask her any follow-up questions
20   with respect to how long she had known him or
21   what type of person he was?
22      A.   I didn't.  She just told me that she
23   had met him and they had gotten married, and --
24   but then he was -- I guess he was verbally
25   abusive with her afterwards.
```

```
 1       Q.   Okay.
 2       A.   That was the basic conversation.
 3       Q.   Did you ask her anything about whether
 4  he had been physically abusive or whether he had
 5  threatened her life?
 6       A.   She didn't indicate any physical
 7  abuse.  She didn't indicate any specific
 8  threats.
 9       Q.   Okay.  Did you ask her about whether
10  there had been a history of any of that?
11       A.   That I don't recall, because I think
12  she was volunteering most of the information when
13  she was speaking with me.  She pretty much just
14  filled me in briefly on what was going on.
15       Q.   Okay.  What did you tell her, if
16  anything?
17       A.   I asked her if anyone in her family
18  knew.  She said no, she didn't want to tell
19  anybody.
20       Q.   She was embarrassed?
21       A.   She was embarrassed.
22       Q.   Okay.
23       A.   But I -- I had asked her to let
24  somebody in her family know -- if it, you know,
25  bothered her that much, to let somebody know,
```

1   possibly to -- even to stay with them for a
2   little bit.
3       Q.   Did you tell her anything else, give
4   her any other advice?
5       A.   I had asked her if she wanted -- where
6   he lived, because I wanted to get in touch with
7   him, and she said she didn't want me to get in
8   touch with him.
9       Q.   Okay.
10      A.   She thought it would make the matter
11  worse.  She didn't want me to have any contact
12  with him at this point.
13      Q.   Okay.  I notice --
14      A.   I said to her, "In the event he comes
15  around again, please give us a call.  If he calls
16  again, give us a call."
17      Q.   Okay.
18      A.   "Let us know."
19      Q.   Okay.  Did you leave her any --
20      A.   I left her -- I believe I left her my
21  card.  I gave her -- I believe I gave her the
22  case -- this case number also.
23      Q.   Okay.
24      A.   I believe I left her a card.
25      Q.   Okay.  And it would appear here that

```
 1   you have the name of Frank Cosenza on the report,
 2   date of birth, and a partial address of Bella
 3   Vista.
 4        A.   Yes.
 5        Q.   And she had given you that information?
 6        A.   Uh-huh, yes.
 7        Q.   And then you wrote out this report
 8   when?
 9        A.   I wrote out the report after I left the
10   house.
11        Q.   Okay.  Did you take any other
12   investigative action other than making out the
13   report?
14        A.   Per her request, no.
15        Q.   When does a complaining victim in these
16   types of situations have the choice of making a
17   request and having it honored with respect to
18   police investigation?
19             MS. FOURNIER:  Object to the
20   form.
21        Q.   You can answer.
22        A.   As I indicated, when we see there's a
23   case of physical violence, we have to act,
24   obviously.  In this case here, it was just one
25   phone call that I was made aware of.
```

```
 1         Q.    Okay.
 2         A.    And the start of something.  So we
 3   sometimes let them make a decision on what they
 4   want to do, what they don't want to do.  You
 5   know, how much involvement they want.  At this
 6   point, it was just a report.
 7         Q.    Okay.  What happened to that particular
 8   report or what did you do after you wrote the
 9   report?
10         A.    I turned it in to the police
11   department.
12         Q.    So that gets turned in?
13         A.    Yes.
14         Q.    Okay.  Is that at the end of a shift,
15   or how does that work?
16         A.    Yes.  At the end of the shift.
17         Q.    And then how are you able to access
18   reports -- Withdrawn.
19               Let's assume you are investigating
20   another incident.  Are you able to access prior
21   reports to see a history between individuals?
22         A.    Yes.
23         Q.    Okay.  How do you do that?
24         A.    Through the computer.
25         Q.    Okay.
```

# EXHIBIT E

# EAST HAVEN POLICE INCIDENT REPORT

**CASE NUMBER:** 00-9261
**REPORT DATE:** 6-28-00
**REPORT TYPE:** ☐ ARREST ☐ CRIME ☐ FOLLOW UP
☐ FAMILY VIOLENCE ☐ GANG RELATED

**INCIDENT STATUS:**
☐ UNFOUNDED
☐ CLEARED BY ARREST
☒ CLEARED EXCEPTIONALLY

**REFERRALS:**
☐ DETECTIVE BUREAU
☐ YOUTH
☐ OTHER

## COMPLAINANT / VICTIM

**COMPLAINANT:** Giaimo, Josephine
**PHONE (Home):** 469-0248
**ADDRESS:** 109 Crest Ave. E Hvn.
**LOCATION OF INCIDENT:** Same
**OFFENSE:** 1. Threatening
**UCR OFFENSE CODE:** 1. 5224
**DATES OF INCIDENT:** 6-28-00
**TIME(S) OF INCIDENT:** 1501

## OFFENDER / ARRESTEE

(blank)

## TYPE WEAPON / FORCE INVOLVED

(none checked)

**DIVISION REPORTING:** Patrol
**OFFICER REPORTING (P#):** 1570

## OFFENSE

**BIAS MOTIVATION:** (Check one for Offense #1)

**RACIAL**
- 11 ☐ ANTI - WHITE
- 12 ☐ ANTI - BLACK
- 13 ☐ ANTI - AMERICAN INDIAN / ALASKAN NATIVE
- 14 ☐ ANTI - ASIAN / PACIFIC ISLANDER
- 15 ☐ ANTI - MULTI - RACIAL GROUP

**ETHNICITY / NATIONAL ORIGIN**
- 31 ☐ ANTI - ARAB
- 32 ☐ ANTI - HISPANIC
- 33 ☐ ANTI - OTHER ETHNICITY / NATIONAL ORIGIN

**RELIGIOUS**
- 21 ☐ ANTI - JEWISH
- 22 ☐ ANTI - CATHOLIC
- 23 ☐ ANTI - PROTESTANT
- 24 ☐ ANTI - ISLAMIC (MOSLEM)
- 25 ☐ ANTI - OTHER RELIGION
- 26 ☐ ANTI - MULTI - RELIGIOUS GROUP
- 27 ☐ ANTI - ATHEISM / AGNOSTICISM

**SEXUAL**
- 41 ☐ ANTI - MALE HOMOSEXUAL (GAY)
- 42 ☐ ANTI - FEMALE HOMOSEXUAL (LESBIAN)
- 43 ☐ ANTI - HOMOSEXUAL (GAYS AND LESBIANS)
- 44 ☐ ANTI - HETEROSEXUAL
- 45 ☐ ANTI - BISEXUAL

ENTER BIAS MOTIVATION CODE IF DIFFERENT FROM OFFENSE #1

#1 ☐☐ #3
#2 ☐☐ #4

**OFFENSE STATUS:** (Check Only One Per Offense)
1. A ☐ ATTEMPTED   C ☐ COMPLETED
2. A ☐ ATTEMPTED   C ☐ COMPLETED
3. A ☐ ATTEMPTED   C ☐ COMPLETED

**OFFENDER(S) USED:** (Check As Many As Apply)
- A ☐ ALCOHOL
- C ☐ COMPUTER EQUIP.
- D ☐ DRUGS
- N ☐ NOT APPLICABLE

(For Burglary Only)
NUMBER OF PREMISES ENTERED: _____
METHOD OF ENTRY: F ☐ FORCIBLE   N ☐ NO FORCE

**LOCATION OF OFFENSE:** (Check Only One) (Enter Code Number of Offense #2 ___ #3 ___)

- 01 ☐ AIR / BUS / TRAIN TERMINAL
- 02 ☐ BANK / SAVINGS & LOAN
- 03 ☐ BAR / NIGHT CLUB
- 04 ☐ CHURCH / SYNAGOGUE / TEMPLE
- 05 ☐ COMMERCIAL / OFFICE BUILDING
- 06 ☐ CONSTRUCTION SITE
- 07 ☐ CONVENIENCE STORE
- 08 ☐ DEPARTMENT / DISCOUNT STORE
- 09 ☐ DRUG STORE / DR'S OFFICE / HOSPITAL
- 18 ☐ PARKING LOT - GARAGE
- 19 ☐ RENTAL / STORAGE FACILITY
- 20 ☐ RESIDENCE / HOME
- 21 ☐ RESTAURANT
- 22 ☐ SCHOOL / COLLEGE
- 23 ☐ SERVICE / GAS STATION
- 24 ☐ SPECIALTY STORE (TV, FUR, ETC.)
- 25 ☐ OTHER / UNKNOWN
- 10 ☐ FIELD / WOODS
- 11 ☐ GOVERNMENT / PUBLIC BUILDINGS
- 12 ☐ GROCERY / SUPERMARKET
- 13 ☐ HIGHWAY / ROAD / ALLEY
- 14 ☐ HOTEL / MOTEL / ETC.
- 15 ☐ JAIL / PRISON
- 16 ☐ LAKE / WATERWAY
- 17 ☐ LIQUOR STORE

**TYPE CRIMINAL ACTIVITY:** (Check Up To Three)
- B ☐ BUYING / RECEIVING
- C ☐ CULTIVATING / MANUFACTURING / PUBLISHING
- D ☐ DISTRIBUTING / SELLING
- E ☐ EXPLOITING CHILDREN
- O ☐ OPERATING / PROMOTING / ASSISTING
- P ☐ POSSESSING / CONCEALING
- T ☐ TRANSPORTING / TRANSMITTING / IMPORTING
- U ☐ USING / CONSUMING

## PROPERTY

| TYPE PROPERTY LOSS/ETC. | CODE | QUANTITY | PROPERTY DESCRIPTION INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL #, COLOR, ETC. | VALUE | DATE RECOVERED Month / Day / Year |
|---|---|---|---|---|---|
| 1 ☐ NONE | | | | | |
| 2 ☐ BURNED | | | | | |
| 3 ☐ COUNTERFEITED / FORGED | | | | | |
| 4 ☐ DAMAGED / DESTROYED | | | | | |
| 5 ☐ RECOVERED | | | | | |
| 6 ☐ SEIZED | | | | | |
| 7 ☐ STOLEN | | | | | |
| 8 ☐ UNKNOWN | | | | | |

(EAST HAVEN POLICE CERTIFIED COPY stamp)

**PROPERTY DESCRIPTION CODE TABLE:** (Enter Number in Code Column Above)

- 01 AIRCRAFT
- 02 ALCOHOL
- 03 AUTOMOBILES
- 04 BICYCLES
- 05 BUSES
- 06 CLOTHES / FURS
- 07 COMPUTER HARDWARE / SOFTWARE
- 08 CONSUMABLE GOODS
- 09 CREDIT / DEBIT CARDS
- 10 DRUGS / NARCOTICS
- 11 DRUG / NARCOTIC EQUIPMENT
- 12 FARM EQUIPMENT
- 13 FIREARMS
- 14 GAMBLING EQUIPMENT
- 15 HEAVY CONSTRUCTION / INDUSTRIAL EQUIPMENT
- 16 HOUSEHOLD GOODS
- 17 JEWELRY / PRECIOUS METALS
- 18 LIVESTOCK
- 19 MERCHANDISE
- 20 MONEY
- 21 NEGOTIABLE INSTRUMENTS
- 22 NONNEGOTIABLE INSTRUMENTS
- 23 OFFICE-TYPE EQUIPMENT
- 24 OTHER MOTOR VEHICLES
- 25 PURSES / HANDBAGS / WALLETS
- 26 RADIOS / TVs / VCRs
- 27 RECORDINGS - AUDIO / VISUAL
- 28 RECREATIONAL VEHICLES
- 29 STRUCTURES - SINGLE OCCUPANCY DWELLINGS
- 30 STRUCTURES - OTHER DWELLINGS
- 31 STRUCTURES - OTHER COMMERCIAL / BUSINESS
- 32 STRUCTURES - INDUSTRIAL / MANUFACTURING
- 33 STRUCTURES - PUBLIC / COMMUNITY
- 34 STRUCTURES - STORAGE
- 35 STRUCTURES - OTHER
- 36 TOOLS - POWER / HAND
- 37 TRUCKS
- 38 VEHICLE PARTS/ACCESSORIES
- 39 WATERCRAFT
- 77 OTHER
- 88 PENDING INVENTORY
- 99

## NARRATIVE

The complainant explained that she'd been married for approximately 1 yr. to Frank Pascoaza (4-12-23) and that as of last week she had him removed from her home because of domestic problems. Now he is calling her and leaving harassing messages, and threatened that he would come over there, he didn't say what he would do. She said that he tried to follow her one day also.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED: [signature]
DATE: 6-28-00
PAGES: 1-2

SUBSCRIBE AND SWORN TO BEFORE ME
THIS _____ DAY OF _____ 19 ___
SIGNED _____
NOTARY PUBLIC

USE ADDITIONAL PAGES IF NEEDED

| This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | **DEPARTMENT OF POLICE SERVICE EAST HAVEN** | Report ID |
|---|---|---|
| | | Case Number 00-9261 |
| | | Report Date 6-28-00 |

I advised her to call police if he comes to the house. She just wanted us to know what was going on with him for now.

SIGNED: [signature]
DATE: 6-28-00    PAGES: 2-2

| | | DEPARTMENT OF POLICE SERVICE EAST HAVEN | | Report ID | |
|---|---|---|---|---|---|
| | | | | Case Number 00-9261 | |
| | | | | Report Date 6-28-00 | |

This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style.

| STATUS V/C/W/O | LAST NAME | FIRST NAME | D.O.B. | ADDRESS | TEL. NUMBER |
|---|---|---|---|---|---|
| C | Giaimo | Josephine | 8/4/21 | 107 Crest Ave - #44 | 469-0248 |
| O | Cosenza | Frank | 4/12/23 | Bella Vista - ? - | — |

CRIS PERSON / ENTITY SUPPLEMENT

EAST HAVEN POLICE
CERTIFIED COPY

DA. 5/6/04
AUTH. &t