# EXHIBIT M

# EAST HAVEN POLICE INCIDENT REPORT

COPY

**CASE NUMBER:** 00-10166
**REPORT DATE:** 7-12-00
**REPORT TYPE:** ☒ ARREST ☐ CRIME ☐ FOLLOW UP
☒ FAMILY VIOLENCE ☐ GANG RELATED

**INCIDENT STATUS:** ☐ UNFOUNDED ☒ CLEARED BY ARREST ☐ CLEARED EXCEPTIONALLY
**REFERRALS:** ☐ DETECTIVE BUREAU ☐ YOUTH ☐ OTHER

**COMPLAINANT:** (Last, First, Middle) Giaimo, Josephine
**ADDRESS:** 107 Crest Ave, E. Haven, CT 06512
**PHONE:** (Home) (203) 469-1025

**LOCATION OF INCIDENT:** Foxon Rd.
**OFFENSE:** 1. Family Violence  2. Breach of Peace
**OFFENDER:** 1. Frank Cosenza  2. "

**UCR OFFENSE CODE:** 1. 7301  2. 5314
**DATES OF INCIDENT:** 7-12-00
**TIME(S) OF INCIDENT:** 0845, 1900

**TYPE OF VICTIM:** ☒ INDIVIDUAL
**RACE:** W ☒ WHITE
**SEX:** F ☒ FEMALE
**AGE:** 78
**DOB:** 8-4-21
**RESIDENT STATUS:** R ☒ RESIDENT
**ETHNICITY:** N ☒ NON-HISPANIC
**NO. OF VICTIMS:** 1

**RELATIONSHIP OF VICTIM TO OFFENDER:** SE ☒ SPOUSE

**NUMBER OF ARRESTEES:** 1
**NUMBER OF OFFENDERS:** 0

**ARRESTEE:** (Last, First, Middle) Cosenza, Frank
**ADDRESS:** 315 Easton St #D814, New Haven, CT
**AGE:** 77
**SEX:** M ☒ MALE
**RACE:** W ☒ WHITE
**DOB:** 4-12-23
**ARRESTEE ETHNICITY:** N ☒ NON-HISPANIC
**RESIDENT STATUS:** N ☒ NONRESIDENT

**ARRESTEE WAS ARMED WITH:** 01 ☒ UNARMED
**TYPE OF ARREST:** T ☒ TAKEN INTO CUSTODY
**OFFENSES:** Breach 53a-181

**HEIGHT:** 5 ft 7 in  **WEIGHT:** 140  **EYES:** brn  **HAIR:** brn
**ARREST NUMBER:** 28926  **ARREST DATE:** 7-12-00  **UCR ARREST OFFENSE CODE:** 5314

**TYPE WEAPON / FORCE INVOLVED:** 99 ☒ NONE

**DIVISION REPORTING:** Patrol
**OFFICER REPORTING (P#):** 1750
**ASSISTING OFFICER(S) (P#):** 1080
**CONNECTING REPORT(S):** 00-9292

| | | |
|---|---|---|
| This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | **DEPARTMENT OF POLICE SERVICE EAST HAVEN** | Report ID<br><br>Case Number  00-10166<br><br>Report Date  7-12-00 |

On 7-12-00 at 7:16pm I was dispatched to 107 Crest Ave in regards to a violation of a restraining order.

On arrival I interviewed and later took a signed statement from complainant Josephine Giaimo who showed me a current full restraining order which she has against her husband Frank Cosenza. The order further stated that Frank is to stay at least 500 feet away from her, that he is not to follow her, and not to talk to her.

Mrs. Giaimo stated that on this date at about 8:45am she walked out of Our Lady of Pompeii Church and spoke with her friend Josephine Reinhart for a short time in the parking lot by the rectory. Immediately after Ms. Reinhart drove away, Frank drove up to Mrs. Giaimo, he got out of his car, and started talking to her as he was about 2 feet away from her. Frank told her that it was her fault that he had his gun permit taken away. Mrs. Giaimo told Frank that she could not talk to him and she drove away. Frank followed her for about 1 mile until Mrs. Giaimo drove onto the road where she lives, at which point Frank drove onto the next road which is parallel to her road.

At about 7pm Mrs. Giaimo was making a phone call on the pay phone at Thompson Plaza. After the call, Mrs. Giaimo got into her car and as she started driving out of the parking lot to drive home, she saw Frank sitting in his car in the Mill Brook Plaza lot and watching her. As she drove out, Frank drove out and followed her until she pulled onto her street. Frank again drove onto the next parallel road. Mrs. Giaimo then drove home. Mrs. Giaimo stated that she is afraid and wants Frank arrested.

I later made contact with Frank who arrived at police HQ. to turn himself in. Ofc. McCarthy placed Frank under arrest for Breach of Peace 53a-181 under family violence and processed him after reading him his rights. Frank later

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED _____

DATE  7-12-00    PAGES  4 of 5

SUBSCRIBED AND SWORN TO BEFORE ME

THIS  12  DAY OF  July  2000

SIGNED _____

**DEPARTMENT OF POLICE SERVICE — EAST HAVEN**

Report ID: 
Case Number: 00-10166
Report Date: 7-12-00

admitted to the incident at the church. Frank stated that the Thompson Plaza incident was a coincidence because he was shopping at the plaza and did not know Mrs. Graimo was even there. Frank was later released on a $500 non-surety bond for court on 7-13-00. I had seized his state gun permit #168137 and am mailing it to the state as Frank has the restraining order against him. A copy of this report will go to the state with it. Also see state family violence report.

SIGNED: [signature]
DATE: 7-12-00
PAGES: 5 of 5
SUBSCRIBED AND SWORN TO BEFORE ME THIS 12 DAY OF July 2000
SIGNED: [signature]

**East Haven Police Department**    **VOLUNTARY STATEMENT**    CASE #: 00-10166

Date: 7/12/00    Time: 7:40pm    Location: 107 Crest Ave.

I, the undersigned: Josephine Giaimo of Street Address: 107 Crest Ave.

City/Town of: E. Haven    State of: CT    Telephone #: 469-1025    being 78 years of age,

born on: 8/4/21 at City/State: New Britain do hereby make this following statement to:

Ofc. Torello of the East Haven Police Department, knowing that I may have an attorney present on my behalf, and that I do not have to make any statement, nor incriminate myself in any manner. I make this statement of my own free will, knowing that it may be used in a court of law. I fully understand that if I make a statement that is NOT TRUE, and which is intended to mislead a Law Enforcement Agency or Officer in the performance of his official duty, I will be violating the law. This pertaining to Section 53a-157 of the Connecticut General Statutes.

Q: Can you read, write, and understand the English language?    A: Yes.

Q: Are you presently under the influence of drugs and/or alcohol?    A: No.

Q: Are you giving this statement of your own free will with no threats or promises made to you?    A: Yes.

Q: What is the highest level of education that you have attained?    A: 7th grade. GED

Q: Do you know why you are giving this statement?    A: Yes.

In your own words describe the incident. On 7-12-00 at about 8:45am I walked out of Our Lady of Pompeii Church and spoke to my friend Josephine Reinhart for a short time in the parking lot by the rectory. Immediately after Josephine drove away, my husband Frank Cosenza drove up to me and started talking as he got out of his car. Frank started telling me that it was my fault that he lost his gun permit. I told Frank that I couldn't talk to him and then I drove away. (When Frank was talking to me he was only about 2 feet away from me) Frank followed me for about 1 mile until I drove onto the road where I live and he drove onto the next road which is parallel to mine.

At about 7pm I was making a phone call on the pay phone at the Thompson Plaza. After the call I got in my car, and as I started pulling out of the parking lot to drive home, I saw Frank sitting in his car in the MillBrook lot and watching me. As I drove out, Frank drove out and followed me until I pulled onto my street again. Frank again drove onto the next parallel road. I then drove home.

Q: Do you want Frank arrested for violating the court order?    A: Yes.

Subscribed & Sworn to before me this ___ Day of _____, 20___

Page 1 of 1

Signature of Person Giving Statement: X Josephine T. Giaimo

Witnessed: [signature]

CRIMES ANALYSIS UNIT
DPS-230-C (Rev. 7/95)

FAMILY VIOLENCE OFFENSE REPORT

| 1. arrest y or n | 2. if zero reporting enter time covered | 3. dept. case # | 4. police dept. (local pd's only) | 5. town code (of offense) | 6. date (of offense) | 7. time - military (of offense) |
|---|---|---|---|---|---|---|
| y | | 00-10166 | E. Haven | 044 | 7-12-00 | 0845 1900 |

**OFFENSE CODES**
A. homicide          D. sexual assault       G. breach of peace
B. assault           E. criminal mischief    H. disorderly conduct
C. kidnapping        F. risk of injury to minor   I. other

8. enter appropriate letter for type of offense  **G**

**WEAPON CODES**
A. gun     C. other dangerous
B. knife   D. hands, fists, etc.

9. enter number of weapon(s) used by type   A. __  C. __
                                            B. __  D. __

**INJURY CODES**
A. physical injury SERIOUS    B. physical injury MINOR    C. non-physical

10. enter appropriate letter for type of injury  **C**

**STATUS CODES**
V. = victim(s)    O. = offender(s)    B. = both (when both parties are arrested)

| 11. status | 12. last name | 13. first name | 14. mi | 15. sex m-f | 16. dob | 17. relationship of VICTIM to offender |
|---|---|---|---|---|---|---|
| V | Giaimo | Josephine | | F | 8-4-21 | A |
| O | Cosenza | Frank | M | | 4-12-23 | |

**RELATIONSHIP CODES**
A. spouse              C. other family member (relative residing in home)    E. live-in or companion (living together, having lived together, never lived together, but had a child)
B. former spouse       D. other relative (relative not residing in home)

| 18. liquor/drugs involved | 19. prior court orders | 20. children were: A. involved B. present C. n/a | 21. blank |
|---|---|---|---|
| y or n   N | y or n   Y | C | |

22. blank                                              23. blank

24. remarks (optional)- Josephine has a full restraining order against husband Frank which further states that he is to stay away from and not to talk to or follow her. At about 8:45am Frank drove up to her, got out of his car and talked to her saying that she is to blame for getting his gun permit taken away. She drove away and he followed her for a short distance. About 7pm Frank followed her again for a short distance in his car after she used a pay phone, sent his gun permit to the s_ _ _ _ Ofc. Torello

| 25. officer's name/rank | 26. badge number | 27. date of report | 28. supervisor's signature/rank |
|---|---|---|---|
| Ofc. Torello | 1750 | 7-12-00 | [signature] |

DEPARTMENT OF PUBLIC SAFETY

# EAST HAVEN POLICE INCIDENT REPORT

COPY

**CASE NUMBER:** 00-09292
**REPORT DATE:** 07/12/00

**INCIDENT STATUS:**
- ☐ UNFOUNDED
- ☐ CLEARED BY ARREST
- ☐ CLEARED EXCEPTIONALLY

**REFERRALS:**
- ☐ DETECTIVE BUREAU
- ☐ YOUTH
- ☐ OTHER

**REPORT TYPE:** ☐ ARREST  ☐ CRIME  ☐ FOLLOW UP
☐ FAMILY VIOLENCE  ☐ GANG RELATED

## COMPLAINT / VICTIM

**COMPLAINANT** (Last, First, Middle): Ciamo, Josephine
**PHONE (Home):** (203) 469-1025
**ADDRESS:** 107 Crest Ave, East Haven, CT 06512
**LOCATION OF INCIDENT:** 107 Crest Ave.
**OFFENSE:** 1. Harassment
**OFFENDER:** 1. Frank Cosenza
**UCR OFFENSE CODE:** 5720
**DATES OF INCIDENT:** 06/28/00
**TIME(S) OF INCIDENT:** 2329

**TYPE OF VICTIM:** ☒ INDIVIDUAL
**RACE:** ☒ WHITE
**SEX:** ☒ FEMALE
**AGE:** 79
**DOB:** 08/04/21
**RESIDENT STATUS:** ☒ RESIDENT
**ETHNICITY:** ☒ NON-HISPANIC
**NO. OF VICTIMS:** 1

**AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES:** (crossed out)
**INJURY TYPE:** N ☒ NONE
**VICTIM CONNECTED TO OFFENSE NUMBER ABOVE:** 1. ☒

**RELATIONSHIP OF VICTIM TO OFFENDER:** SE ✓ SPOUSE

## OFFENDER / ARRESTEE

**NUMBER OF ARRESTEES:** 0
**NUMBER OF OFFENDERS:** 1
**ARRESTEE/OFFENDERS** (Last, First, Middle): Cosenza, Frank
**ADDRESS:** 315 Eastern St. D-114, New Haven, CT 06512
**AGE:** 77
**SEX:** ☒ MALE
**RACE:** ☒ WHITE
**DOB:** 4/12/23
**ARRESTEE ETHNICITY:** ☒ NON-HISPANIC
**RESIDENT STATUS:** ☒ NONRESIDENT

**TYPE WEAPON / FORCE INVOLVED:** ☒ NONE

**DIVISION REPORTING:** 011
**OFFICER REPORTING (P#):** (illegible)

| | | |
|---|---|---|
| This CRIS data entry form should detail the incident in a narrative manner. Include the sources of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | **DEPARTMENT OF POLICE SERVICE EAST HAVEN** | Report ID<br><br>Case Number  00-09292<br><br>Report Date  07/12/00 |

**CRIS NARRATIVE DETAIL**

On Tuesday, June 28, 2000, at approximately 2329 hours, I was dispatched to 107 Crest Ave., regarding a harassment complaint. When I arrived, I spoke to the complainant, Josephine Giamo. Ms. Giamo told me that she had just seen her estranged husband, Frank Cosenza, peering through a rear window of her home. Ms. Giamo said that about 5 minutes later, Mr. Cosenza called her on the telephone and told her what she was wearing.

Ms. Giamo stated that she has been married to Mr. Cosenza for approximately 1 year. Ms. Giamo had Mr. Cosenza evicted from her residence about 1½ week ago, because Mr. Cosenza was verbally and emotionally abusive toward her. Ms. Giamo is presently trying to dissolve the marriage.

According to Ms. Giamo, Mr. Cosenza has been following her on an almost daily basis. This includes when she goes to church, the Senior Center in East Haven, meetings at St. Boniface Church in New Haven, and when she goes walking. Mr. Cosenza drives by Ms. Giam's home and leaves harassing messages on her telephone answering machine.

Ms. Giamo says that Mr. Cosenza has a handgun permit and that he constantly reminds her of this fact, in an attempt to intimidate and control her.

I advised Ms. Giamo to apply for a restraining order seeking relief from Mr. Cosenza's abusive and harassing behavior toward her. She told me that she would. Also, I went to Mr. Cosenza's residence to warn him to stay away from Ms. Giamo and her home. Mr. Cosenza was not there, so, I left a note on his door to call me. My repeated attempts to contact Mr. Cosenza by telephone have gone unanswered. I informed Mr. Cosenza via his voicemail that the pending restraining order would state the conditions by which he must abide.

| | |
|---|---|
| | THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED STATE LAW FOR MAKING A FALSE STATEMENT |
| | SIGNED _____ |
| | DATE 07/12/00    PAGES 4 of 4 |
| | SUBSCRIBED AND SWORN TO BEFORE ME |
| | THIS _____ DAY OF _____ 19 ___ |
| | SIGNED _____ |
| | ☐ NOTARY PUBLIC    ☐ 1-24 CGS |

# EAST HAVEN POLICE INCIDENT REPORT

**CASE NUMBER:** 00-9261
**REPORT DATE:** 6-28-00
**REPORT TYPE:** ☐ ARREST ☐ CRIME ☐ FOLLOW UP

**INCIDENT STATUS:**
☐ UNFOUNDED
☐ CLEARED BY ARREST
☒ CLEARED EXCEPTIONALLY

**REFERRALS:**
☐ DETECTIVE BUREAU
☐ YOUTH
☐ OTHER

☐ FAMILY VIOLENCE (stamp: FAMILY VIOLENCE / UNRELATED)

## COMPLAINANT / VICTIM

**COMPLAINANT:** (Last, First, Middle) Giaimo, Josephine
**PHONE:** (Home) 469-0248
**ADDRESS:** 107 Crest Ave. E. Hvn.
**LOCATION OF INCIDENT:** Same
**OFFENSE:** 1. Threatening
**UCR OFFENSE CODE:** 1. 5224
**DATES OF INCIDENT:** 6-28-00
**TIME(S) OF INCIDENT:** 1501

## OFFICER / ARRESTEE

**DIVISION REPORTING:** Patrol
**OFFICER REPORTING (P#):** 1570

| | | |
|---|---|---|
| This CRIS data entry form should detail the incident in a narrative manner. Include the sousce of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | **DEPARTMENT OF POLICE SERVICE EAST HAVEN** | Report ID<br>Case Number 00-9261<br>Report Date 6-28-00 |

I advised her to call police if he comes to the house. She just wanted us to know what was going on with him for now.

---

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED B STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED

DATE 6-28-00    PAGES 2-2

SUBSCRIBED AND SWORN TO BEFORE ME

THIS          DAY OF          19

SIGNED

☐ NOTARY PUBLIC        ☐ 1 - 24 CGS

# EXHIBIT N

1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF CONNECTICUT
 3
 4
 5    ------------------------------x
 6    SANDRA SMITH, As Executrix of
      the Estate of Josephine Giaimo,  :
 7
                    Plaintiff,         :
 8                                          Civil Action
           -versus-                    :    No. 3:01 CV 1375
 9                                              (AHN)
      TOWN OF EAST HAVEN,              :
10    Individual Officers:
      Mike D'Amato, Badge #0430;       :
11    David Torello, Badge #1750;
      John Cascio, Badge #0310;        :
12    Lisa Scaramella, Badge #1580;
      and Kevin McCarthy, Badge #1080,:
13
                    Defendants.        :
14
      ------------------------------x
15
16
17           Deposition of KEVIN McCARTHY,
18    taken pursuant to the Federal Rules of Civil
19    Procedure, at the law offices of Jacobs,
20    Grudberg, Belt & Dow, P.C., 350 Orange
21    Street, New Haven, Connecticut, before James
22    A. Martone, L.S.R. #00248, a Notary Public
23    in and for the State of Connecticut, on
24    February 6, 2003, at 2:00 p.m.
25
```

SANDERS, GALE & RUSSELL
(203) 624-4157

1   made against you.
2       A.   The first two cases were brutality
3   cases. And we were exonerated.
4       Q.   I'm sorry?
5       A.   The officers involved were cleared.
6       Q.   Okay. Meaning the case was brought to
7   trial and you received a verdict in your favor?
8       A.   Yes.
9       Q.   Okay. Did you do any paperwork in
10  respect to your processing of Mr. Cosenza?
11      A.   Only paperwork that was completed was
12  just filling in the arrest data sheet. And
13  that's in the computer.
14      Q.   Okay. And other than that, you filled
15  in the arrest data sheet, and did you have any
16  input into the computer or did you have any -- in
17  other words, was it your responsibility to do any
18  records check on him or anything like that?
19      A.   At the time, either the dispatcher or
20  myself would run a records check on the subject.
21      Q.   Okay. Do you recall whether you did
22  that or whether the dispatcher did that?
23      A.   I don't recall.
24      Q.   Okay. What about -- could you use that
25  same computer to run a check for a gun permit or

1  gun registry?
2      A.   I don't believe at the time that was in
3  NCIC.
4      Q.   Okay.  Did you have that access
5  available to you at the police station?  In other
6  words, could you, if you wanted to, have checked
7  to see whether guns were registered in Mr.
8  Cosenza's name or whether he had a gun permit?
9      A.   No, I could not check that.
10     Q.   How come?
11     A.   Records would have that information.
12     Q.   Where is records?
13     A.   It's in the police station, but it's
14  closed at night.
15     Q.   Okay.  If you need that type of
16  information at night, then what do you do?
17     A.   At that point, it would have to wait
18  until the morning.  There was no way we could get
19  into records.
20     Q.   Okay.  And just so I'm clear, when you
21  say "records," are you talking about the record
22  keeping internally or is this a room where you'd
23  have access to the state records?
24     A.   This would be -- our records
25  department, it handles all the reports that are

```
 1   filed by the officers.  Handles alarm
 2   registrations, pistol permits, it has all that
 3   information in there.  And they're only open from
 4   either 7:00 to 3:00 or 8:00 to 4:00, I believe.
 5        Q.   In the event that you need to check
 6   whether there's a permit -- a pistol permit
 7   elsewhere, other than one that was granted out of
 8   the City of East Haven, or Town of East Haven,
 9   where do you go for that?
10        A.   That we would have to call the state to
11   see if there was a state permit.  We'd have to
12   call the state firearms unit.
13        Q.   And is that something that you can do
14   24 hours a day?
15        A.   I don't know.
16        Q.   I'm just going to ask you to listen to
17   a couple of questions I think your attorney is
18   going to object to.
19             Have you ever been disciplined in
20   any way on the job?
21             MS. FOURNIER:  I am going to
22   object and instruct the witness not to answer
23   that question.  Again, any such investigation
24   would be part of the personnel file and not
25   subject to the Freedom of Information Act, and
```