# EXHIBIT D

1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF CONNECTICUT

3

4

5  ----------------------------------

6  SANDRA SMITH, As Executrix of
   the Estate of Josephine Giaimo,  :

7
                    Plaintiff,      :
8                                        Civil Action
        -versus-                    : No. 3:0I CV 1375
9                                          (AHN)
   TOWN OF EAST HAVEN,              :
10 Individual Officers:
   Mike D'Amato, Badge #0430;       :
11 David Torello, Badge #1750;
   John Cascio, Badge #0310;        :
12 Lisa Scaramella, Badge #1580;
   and Kevin McCarthy, Badge #1080, :
13
                    Defendants.     :
14
   ----------------------------------x
15

16

17            Deposition of LISA NUBIG,

18     taken pursuant to the Federal Rules of Civil

19     Procedure, at the law offices of Jacobs,

20     Grudberg, Belt & Dow, P.C., 350 Orange

21     Street, New Haven, Connecticut, before James

22     A. Martone, L.S.R. #00248, a Notary Public

23     in and for the State of Connecticut, on

24     February 6, 2003, at 3:30 p.m.

25

1   paperwork or made any other statements in writing

2   with respect to this lady, or the murder

3   investigation involving Frank Cosenza and Miss

4   Giaimo?

5       A.   No.

6       Q.   Okay.  Tell me how you came to be

7   involved in this investigation.

8       A.   It says here approximately 1501 hours,

9   I was sent to Miss Giaimo's residence to take a

10  complaint of phone harassment.

11      Q.   Do you recall -- without looking at

12  this or reviewing this, do you have an

13  independent recollection of those events or is

14  the sum total of your recollection from reviewing

15  this report?

16      A.   It's right here.

17      Q.   But what I'm asking you is, as you sit

18  here today, do you remember -- independent of

19  writing the report and referring back to it, do

20  you remember her or do you remember the

21  conversation you had with her?

22      A.   Most of it.  I guess, yeah.

23      Q.   Okay.  Then what I'm going to ask you

24  to do is, if you can answer my questions, and if

25  at any point you need to refer to your report to

1    refresh your recollection, let me know.  Okay.

2              Do you remember how you were asked

3    to respond to her home?

4         A.    As I said, I was sent there on a

5    harassing phone call complaint.

6         Q.    Okay.  Who had sent you?

7         A.    My dispatcher.

8         Q.    Okay.  And who was there when you

9    responded?

10        A.    Just Miss Giaimo.

11        Q.    Okay.  Tell me about the conversation

12   you had with her.  How did she appear when you

13   met her?

14        A.    She was -- she was a little upset.  Not

15   very upset, but, you know, a little upset, or

16   annoyed.

17        Q.    Okay.  What did she tell you?

18        A.    She said that she had received a

19   message on her answering machine from Mr. Cosenza

20   and that it was, to her, threatening in nature in

21   effect, or not -- yeah, somewhat threatening.

22        Q.    Okay.

23        A.    Yeah.

24        Q.    Okay.  Do you remember if she had the

25   telephone conversation played for you?  In other

1    words, did --

2        A.    Yes.    I believe she did.

3        Q.    Okay.    And what did the message say?

4        A.    It wasn't specific.    That I couldn't --

5    I couldn't really tell you out of memory what the

6    message was -- had said.    But it -- I don't

7    believe it was anything specific that he had said

8    to her if I'm not mistaken.    Like I had said, I

9    don't have full recollection of that tape message

10   in my head.

11       Q.    Okay.    So what else did she tell you?

12       A.    With respect to -- just the general

13   conversation?

14       Q.    Yes.    In other words, tell me what you

15   learned from her, also, whether you asked her any

16   follow-up questions.

17       A.    She had -- after the playing of the

18   message, she had explained to me that he was out

19   of the house for about a -- I believe a week or

20   so.    That she had had him removed from the

21   house.

22       Q.    Okay.

23       A.    And --

24       Q.    Did you ask her about that, about

25   having him removed from the house?

1    A.    Yes.    She said he was abusive, verbally
2    abusive to her.

3    Q.    Okay.

4    A.    And that they were having some trouble,
5    so she --

6    Q.    Okay.    Did she indicate to you anything
7    else?

8    A.    She said that at one point, he had
9    pulled up in front of the house and -- but never
10   said anything, and then he left.

11   Q.    Okay.

12   A.    And that was it.

13   Q.    Okay.    Did you ask her anything else
14   with respect to the history of their relationship
15   are how long she had known him, or anything like
16   that?

17   A.    She stated to me that they were married
18   for about a year.

19   Q.    Did you ask her any follow-up questions
20   with respect to how long she had known him or
21   what type of person he was?

22   A.    I didn't.    She just told me that she
23   had met him and they had gotten married, and --
24   but then he was -- I guess he was verbally
25   abusive with her afterwards.

1    Q.    Okay.

2    A.    That was the basic conversation.

3    Q.    Did you ask her anything about whether

4    he had been physically abusive or whether he had

5    threatened her life?

6    A.    She didn't indicate any physical

7    abuse.  She didn't indicate any specific

8    threats.

9    Q.    Okay.  Did you ask her about whether

10    there had been a history of any of that?

11    A.    That I don't recall, because I think

12    she was volunteering most of the information when

13    she was speaking with me.  She pretty much just

14    filled me in briefly on what was going on.

15    Q.    Okay.  What did you tell her, if

16    anything?

17    A.    I asked her if anyone in her family

18    knew.  She said no, she didn't want to tell

19    anybody.

20    Q.    She was embarrassed?

21    A.    She was embarrassed.

22    Q.    Okay.

23    A.    But I -- I had asked her to let

24    somebody in her family know -- if it, you know,

25    bothered her that much, to let somebody know,

1    possibly to -- even to stay with them for a
2    little bit.
3        Q.    Did you tell her anything else, give
4    her any other advice?
5        A.    I had asked her if she wanted -- where
6    he lived, because I wanted to get in touch with
7    him, and she said she didn't want me to get in
8    touch with him.
9        Q.    Okay.
10       A.    She thought it would make the matter
11   worse.  She didn't want me to have any contact
12   with him at this point.
13       Q.    Okay.  I notice --
14       A.    I said to her, "In the event he comes
15   around again, please give us a call.  If he calls
16   again, give us a call."
17       Q.    Okay.
18       A.    "Let us know."
19       Q.    Okay.  Did you leave her any --
20       A.    I left her -- I believe I left her my
21   card.  I gave her -- I believe I gave her the
22   case -- this case number also.
23       Q.    Okay.
24       A.    I believe I left her a card.
25       Q.    Okay.  And it would appear here that

1    you have the name of Frank Cosenza on the report,

2    date of birth, and a partial address of Bella

3    Vista.

4         A.    Yes.

5         Q.    And she had given you that information?

6         A.    Uh-huh, yes.

7         Q.    And then you wrote out this report

8    when?

9         A.    I wrote out the report after I left the

10   house.

11        Q.    Okay.  Did you take any other

12   investigative action other than making out the

13   report?

14        A.    Per her request, no.

15        Q.    When does a complaining victim in these

16   types of situations have the choice of making a

17   request and having it honored with respect to

18   police investigation?

19              MS. FOURNIER:  Object to the

20   form.

21        Q.    You can answer.

22        A.    As I indicated, when we see there's a

23   case of physical violence, we have to act,

24   obviously.  In this case here, it was just one

25   phone call that I was made aware of.

26

1      Q.    Okay.

2      A.    And the start of something.  So we

3  sometimes let them make a decision on what they

4  want to do, what they don't want to do.  You

5  know, how much involvement they want.  At this

6  point, it was just a report.

7      Q.    Okay.  What happened to that particular

8  report or what did you do after you wrote the

9  report?

10      A.    I turned it in to the police

11  department.

12      Q.    So that gets turned in?

13      A.    Yes.

14      Q.    Okay.  Is that at the end of a shift,

15  or how does that work?

16      A.    Yes.  At the end of the shift.

17      Q.    And then how are you able to access

18  reports --  Withdrawn.

19            Let's assume you are investigating

20  another incident.  Are you able to access prior

21  reports to see a history between individuals?

22      A.    Yes.

23      Q.    Okay.  How do you do that?

24      A.    Through the computer.

25      Q.    Okay.

# EXHIBIT E

**EAST HAVEN POLICE INCIDENT REPORT**

FAMILY VIOLENCE

CASE NUMBER: 00-9261
REPORT DATE: 6-28-00
REPORT TYPE: ☐ ARREST ☐ CRIME ☐ FOLLOW UP

INCIDENT STATUS: ☐ UNFOUNDED ☐ CLEARED BY ARREST ☒ CLEARED EXCEPTIONALLY

REFERRALS: ☐ DETECTIVE BUREAU ☐ YOUTH ☐ OTHER

**COMPLAINT/VICTIM**

COMPLAINANT: (Last, First, Middle) Giaimo Josephine
PHONE: (Home) 469-0248
ADDRESS: 107 Crest Ave. E Hvn
LOCATION OF INCIDENT: Same

OFFENSE: 1. THREATENING
(Check if Bias Motivated) OFFENDER:

UCR OFFENSE CODE: 1. 5224
DATES OF INCIDENT: 6-28-00
TIME(S) OF INCIDENT: 1501

TYPE OF VICTIM: ☐ INDIVIDUAL ...
RACE: W WHITE
SEX: M MALE / F FEMALE
AGE:
RESIDENT STATUS:
ETHNICITY:

**OFFENDER/ARRESTEE**

(blank arrestee/offender sections)

TYPE WEAPON/FORCE INVOLVED: (various checkboxes)

DIVISION REPORTING: Patrol
OFFICER REPORTING (P#): 1570

## OFFENSE

**BIAS MOTIVATION:** (Check one for Offense #1)

**RACIAL**
11 ☐ ANTI - WHITE
12 ☐ ANTI - BLACK
13 ☐ ANTI - AMERICAN INDIAN / ALASKAN NATIVE
14 ☐ ANTI - ASIAN / PACIFIC ISLANDER
15 ☐ ANTI - MULTI - RACIAL GROUP

**ETHNICITY / NATIONAL ORIGIN**
31 ☐ ANTI - ARAB
32 ☐ ANTI - HISPANIC
33 ☐ ANTI - OTHER ETHNICITY / NATIONAL ORIGIN

**RELIGIOUS**
21 ☐ ANTI - JEWISH
22 ☐ ANTI - CATHOLIC
23 ☐ ANTI - PROTESTANT
24 ☐ ANTI - ISLAMIC (MOSLEM)
25 ☐ ANTI - OTHER RELIGION
26 ☐ ANTI - MULTI - RELIGIOUS GROUP
27 ☐ ANTI - ATHEISM / AGNOSTICISM

**SEXUAL**
41 ☐ ANTI - MALE HOMOSEXUAL (GAY)
42 ☐ ANTI - FEMALE HOMOSEXUAL (LESBIAN)
43 ☐ ANTI - HOMOSEXUAL (GAYS AND LESBIANS)
44 ☐ ANTI - HETEROSEXUAL
45 ☐ ANTI - BISEXUAL

ENTER BIAS MOTIVATION CODE IF DIFFERENT FROM OFFENSE #1

#1 [ ]   #3 [ ]
#2 [ ]   #4 [ ]

**OFFENSE STATUS:** (Check Only One Per Offense)

| 1. | 2. | 3. |
| --- | --- | --- |
| A ☐ ATTEMPTED | A ☐ ATTEMPTED | A ☐ ATTEMPTED |
| C ☐ COMPLETED | C ☐ COMPLETED | C ☐ COMPLETED |

**OFFENDER(S) USED:** (Check As Many As Apply)
A ☐ ALCOHOL    D ☐ DRUGS
C ☐ COMPUTER EQUIP.    N ☐ NOT APPLICABLE

(For Burglary Only)
NUMBER OF PREMISES ENTERED: _____
METHOD OF ENTRY:  F ☐ FORCIBLE   N ☐ NO FORCE

**LOCATION OF OFFENSE:** (Check Only One) (Enter Code Number of Offense #2 _____ #3 _____)

01 ☐ AIR / BUS / TRAIN TERMINAL
02 ☐ BANK / SAVINGS & LOAN
03 ☐ BAR / NIGHT CLUB
04 ☐ CHURCH / SYNAGOGUE / TEMPLE
05 ☐ COMMERCIAL / OFFICE BUILDING
06 ☐ CONSTRUCTION SITE
07 ☐ CONVENIENCE STORE
08 ☐ DEPARTMENT / DISCOUNT STORE
09 ☐ DRUG STORE / DR'S OFFICE / HOSPITAL
18 ☐ PARKING LOT - GARAGE
19 ☐ RENTAL / STORAGE FACILITY
20 ☐ RESIDENCE / HOME
21 ☐ RESTAURANT
22 ☐ SCHOOL / COLLEGE
23 ☐ SERVICE / GAS STATION
24 ☐ SPECIALTY STORE (TV, FUR, ETC.)
25 ☐ OTHER / UNKNOWN
10 ☐ FIELD / WOODS
11 ☐ GOVERNMENT / PUBLIC BUILDINGS
12 ☐ GROCERY / SUPERMARKET
13 ☐ HIGHWAY / ROAD / ALLEY
14 ☐ HOTEL / MOTEL / ETC.
15 ☐ JAIL / PRISON
16 ☐ LAKE / WATERWAY
17 ☐ LIQUOR STORE

**TYPE CRIMINAL ACTIVITY:** (Check Up To Three)
B ☐ BUYING / RECEIVING
C ☐ CULTIVATING / MANUFACTURING / PUBLISHING
D ☐ DISTRIBUTING / SELLING
E ☐ EXPLOITING CHILDREN
O ☐ OPERATING / PROMOTING / ASSISTING
P ☐ POSSESSING / CONCEALING
T ☐ TRANSPORTING / TRANSMITTING / IMPORTING
U ☐ USING / CONSUMING

## PROPERTY

| TYPE PROPERTY LOSS/ETC. | CODE | QUANTITY | PROPERTY DESCRIPTION INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL #, COLOR, ETC. | VALUE | DATE RECOVERED Month / Day / Year |
| --- | --- | --- | --- | --- | --- |
| 1 ☐ NONE | | | | | |
| 2 ☐ BURNED | | | | | |
| 3 ☐ COUNTERFEITED / FORGED | | | | | |
| 4 ☐ DAMAGED / DESTROYED | | | | | |
| 5 ☐ RECOVERED | | | | | |
| 6 ☐ SEIZED | | | | | |
| 7 ☐ STOLEN | | | | | |
| 8 ☐ UNKNOWN | | | | | |

**PROPERTY DESCRIPTION CODE TABLE:**
(Enter Number in Code Column Above)
01 AIRCRAFT
02 ALCOHOL
03 AUTOMOBILES
04 BICYCLES
05 BUSES
06 CLOTHES / FURS
07 COMPUTER HARDWARE / SOFTWARE
08 CONSUMABLE GOODS
09 CREDIT / DEBIT CARDS
10 DRUGS / NARCOTICS
11 DRUG / NARCOTIC EQUIPMENT
12 FARM EQUIPMENT
13 FIREARMS
14 GAMBLING EQUIPMENT
15 HEAVY CONSTRUCTION / INDUSTRIAL EQUIPMENT
16 HOUSEHOLD GOODS
17 JEWELRY / PRECIOUS METALS
18 LIVESTOCK
19 MERCHANDISE
20 MONEY
21 NEGOTIABLE INSTRUMENTS
22 NONNEGOTIABLE INSTRUMENTS
23 OFFICE-TYPE EQUIPMENT
24 OTHER MOTOR VEHICLES
25 PURSES / HANDBAGS / WALLETS
26 RADIOS / TVs / VCRs
27 RECORDINGS - AUDIO / VISUAL
28 RECREATIONAL VEHICLES
29 STRUCTURES - SINGLE OCCUPANCY DWELLINGS
30 STRUCTURES - OTHER DWELLINGS
31 STRUCTURES - OTHER COMMERCIAL / BUSINESS
32 STRUCTURES - INDUSTRIAL / MANUFACTURING
33 STRUCTURES - PUBLIC / COMMUNITY
34 STRUCTURES - STORAGE
35 STRUCTURES - OTHER
36 TOOLS - POWER / HAND
37 TRUCKS
38 VEHICLE PARTS/ACCESSORIES
39 WATERCRAFT
77 OTHER
88 PENDING INVENTORY
99 (_____)

## NARRATIVE

The complainant explained that she'd been married for approximately 1yr. to Frank Cosenza (4-12-23) and that as of last week she had him removed from her home because of domestic problems. Now he is calling her and leaving harassing messages, and threatened that he would come over there, he didn't say what he would do. She said that he tried to follow her one day also.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.
SIGNED _____
DATE 6-28-00     PAGES 1-2
SUBSCRIBE AND SWORN TO BEFORE ME
THIS _____ DAY OF _____ 19___
SIGNED _____
NOTARY PUBLIC

USE ADDITIONAL PAGES IF NEEDED

| This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | **DEPARTMENT OF POLICE SERVICE EAST HAVEN** | Report ID |
| | | Case Number 00 - 9261 |
| | | Report Date 6-28-00 |

**CRIS NARRATIVE DETAIL**

I advised her to call police if he comes to the house. She just wanted us to know what was going on with him for now.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED _____

DATE 6-28-00    PAGES 2-2

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____ 19___

SIGNED _____

☐ NOTARY PUBLIC    ☐ 1 - 24 CGS

| This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | **DEPARTMENT OF POLICE SERVICE EAST HAVEN** | Report ID | |
|---|---|---|---|
| | | Case Number | 00 - 9261 |
| | | Report Date | 6-28-00 |

| STATUS V/C/W/O | LAST NAME | FIRST NAME | D.O.B. | ADDRESS | TEL. NUMBER |
|---|---|---|---|---|---|
| C | Giarine | Josephine | 8/4/21 | 107 Crest Ave - 044 | 985-0248 |
| O | Cosenza | Frank | 4/12/23 | Bella Vista - ? - | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | EAST HAVEN POLICE | | | |
| | | CERTIFIED COPY | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | DA | | | | |
| | AUTH | | | | |
| | | | | | |
| | | | | | |

CRIS PERSON / ENTITY SUPPLEMENT