# EXHIBIT F

# EAST HAVEN POLICE INCIDENT REPORT

**CASE NUMBER:** 00-09292
**REPORT DATE:** 07/12/00

**REPORT TYPE:** ☐ ARREST  ☐ CRIME  ☐ FOLLOW UP
☐ FAMILY VIOLENCE  ☐ GANG RELATED

**INCIDENT STATUS:**
☐ UNFOUNDED
☐ CLEARED BY ARREST
☐ CLEARED EXCEPTIONALLY

**REFERRALS:**
☐ DETECTIVE BUREAU
☐ YOUTH
☐ OTHER

## COMPLAINANT / VICTIM

**COMPLAINANT:** (Last, First, Middle) Ciani, Josephine
**ADDRESS:** 107 Crest Ave., East Haven, CT 06512
**PHONE (Home):** (203) 469-1235
**PHONE (Business):**

**LOCATION OF INCIDENT:** 107 Crest Ave.
**OFFENSE:** 1. Harassment
☐ (Check if Bias Motivated)
**OFFENDER:** 1. Frank Cesena

**UCR OFFENSE CODE:** 5720
**DATES OF INCIDENT:** 06/28/00
**TIME(S) OF INCIDENT:** 2329

**TYPE OF VICTIM:** ☒ INDIVIDUAL
**RACE:** ☒ WHITE
**SEX:** ☒ FEMALE
**AGE:** 79
**DOB:** 08/04/21
**RESIDENT STATUS:** ☒ RESIDENT
**ETHNICITY:** ☒ NON-HISPANIC
**NO. OF VICTIMS:** 1

**AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES:** (none checked)
**INJURY TYPE:** N ☒ NONE
**VICTIM CONNECTED TO OFFENSE NUMBER ABOVE:** 1. ☒

**RELATIONSHIP OF VICTIM TO OFFENDER:** SE ✓ SPOUSE

## OFFENDER / ARRESTEE

**NUMBER OF ARRESTEES:** 0
**NUMBER OF OFFENDERS:** 1

**ARRESTEE / OFFENDERS:** (Last, First, Middle) Cesena, Frank
**ADDRESS:** 315 Eastern St. D-114, New Haven, CT 06512

**AGE:** 77
**SEX:** ☒ MALE
**RACE:** ☒ WHITE
**DOB:** 4/12/23
**ARRESTEE ETHNICITY:** ☒ NON-HISPANIC
**RESIDENT STATUS:** ☒ NONRESIDENT

**DIVISION REPORTING:** Patrol
**OFFICER REPORTING (P#):** 0310

## OFFENSE

**BIAS MOTIVATION:** (Check one for Offense #1)

**RACIAL**
- 11 ☐ ANTI - WHITE
- 12 ☐ ANTI - BLACK
- 13 ☐ ANTI - AMERICAN INDIAN / ALASKAN NATIVE
- 14 ☐ ANTI - ASIAN / PACIFIC ISLANDER
- 15 ☐ ANTI - MULTI - RACIAL GROUP

**ETHNICITY / NATIONAL ORIGIN**
- 31 ☐ ANTI - ARAB
- 32 ☐ ANTI - HISPANIC
- 33 ☐ ANTI - OTHER ETHNICITY / NATIONAL ORIGIN

**RELIGIOUS**
- 21 ☐ ANTI - JEWISH
- 22 ☐ ANTI - CATHOLIC
- 23 ☐ ANTI - PROTESTANT
- 24 ☐ ANTI - ISLAMIC (MOSLEM)
- 25 ☐ ANTI - OTHER RELIGION
- 26 ☐ ANTI - MULTI - RELIGIOUS GROUP
- 27 ☐ ANTI - ATHEISM / AGNOSTICISM

**SEXUAL**
- 41 ☐ ANTI - MALE HOMOSEXUAL (GAY)
- 42 ☐ ANTI - FEMALE HOMOSEXUAL (LESBIAN)
- 43 ☐ ANTI - HOMOSEXUAL (GAYS AND LESBIANS)
- 44 ☐ ANTI - HETEROSEXUAL
- 45 ☐ ANTI - BISEXUAL

**ENTER BIAS MOTIVATION CODE IF DIFFERENT FROM OFFENSE #1**
#1 ☐   #3 ☐
#2 ☐   #4 ☐

**OFFENSE STATUS:** (Check Only One Per Offense)
1. A ☐ ATTEMPTED  C ☒ COMPLETED
2. A ☐ ATTEMPTED  C ☐ COMPLETED
3. A ☐ ATTEMPTED  C ☐ COMPLETED

**OFFENDER(S) USED:** (Check As Many As Apply)
- A ☐ ALCOHOL
- C ☐ COMPUTER EQUIP.
- D ☐ DRUGS
- N ☐ NOT APPLICABLE

**(For Burglary Only)**
NUMBER OF PREMISES ENTERED: _____
METHOD OF ENTRY: F ☐ FORCIBLE   N ☐ NO FORCE

**LOCATION OF OFFENSE:** (Check Only One) (Enter Code Number of Offense #2 ___ #3 ___)
- 01 ☐ AIR / BUS / TRAIN TERMINAL
- 02 ☐ BANK / SAVINGS & LOAN
- 03 ☐ BAR / NIGHT CLUB
- 04 ☐ CHURCH / SYNAGOGUE / TEMPLE
- 05 ☐ COMMERCIAL / OFFICE BUILDING
- 06 ☐ CONSTRUCTION SITE
- 07 ☐ CONVENIENCE STORE
- 08 ☐ DEPARTMENT / DISCOUNT STORE
- 09 ☐ DRUG STORE / DR'S OFFICE / HOSPITAL
- 18 ☐ PARKING LOT - GARAGE
- 19 ☐ RENTAL / STORAGE FACILITY
- 20 ☒ RESIDENCE / HOME
- 21 ☐ RESTAURANT
- 22 ☐ SCHOOL / COLLEGE
- 23 ☐ SERVICE / GAS STATION
- 24 ☐ SPECIALTY STORE (TV, FUR, ETC.)
- 25 ☐ OTHER / UNKNOWN
- 10 ☐ FIELD / WOODS
- 11 ☐ GOVERNMENT / PUBLIC BUILDINGS
- 12 ☐ GROCERY / SUPERMARKET
- 13 ☐ HIGHWAY / ROAD / ALLEY
- 14 ☐ HOTEL / MOTEL / ETC.
- 15 ☐ JAIL / PRISON
- 16 ☐ LAKE / WATERWAY
- 17 ☐ LIQUOR STORE

**TYPE CRIMINAL ACTIVITY:** (Check Up To Three)
- B ☐ BUYING / RECEIVING
- C ☐ CULTIVATING / MANUFACTURING / PUBLISHING
- D ☐ DISTRIBUTING / SELLING
- E ☐ EXPLOITING CHILDREN
- O ☐ OPERATING / PROMOTING / ASSISTING
- P ☐ POSSESSING / CONCEALING
- T ☐ TRANSPORTING / TRANSMITTING / IMPORTING
- U ☐ USING / CONSUMING

## PROPERTY

| TYPE PROPERTY LOSS/ETC. | CODE | QUANTITY | PROPERTY DESCRIPTION INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL #, COLOR, ETC. | VALUE | DATE RECOVERED Month / Day / Year |
|---|---|---|---|---|---|
| 1 ☒ NONE | | | | | |
| 2 ☐ BURNED | | | | | |
| 3 ☐ COUNTERFEITED / FORGED | | | | | |
| 4 ☐ DAMAGED / DESTROYED | | | | | |
| 5 ☐ RECOVERED | | | | | |
| 6 ☐ SEIZED | | | | | |
| 7 ☐ STOLEN | | | | | |
| 8 ☐ UNKNOWN | | | | | |

**PROPERTY DESCRIPTION CODE TABLE:** (Enter Number in Code Column Above)
- 01 AIRCRAFT
- 02 ALCOHOL
- 03 AUTOMOBILES
- 04 BICYCLES
- 05 BUSES
- 06 CLOTHES / FURS
- 07 COMPUTER HARDWARE / SOFTWARE
- 08 CONSUMABLE GOODS
- 09 CREDIT / DEBIT CARDS
- 10 DRUGS / NARCOTICS
- 11 DRUG / NARCOTIC EQUIPMENT
- 12 FARM EQUIPMENT
- 13 FIREARMS
- 14 GAMBLING EQUIPMENT
- 15 HEAVY CONSTRUCTION / INDUSTRIAL EQUIPMENT
- 16 HOUSEHOLD GOODS
- 17 JEWELRY / PRECIOUS METALS
- 18 LIVESTOCK
- 19 MERCHANDISE
- 20 MONEY
- 21 NEGOTIABLE INSTRUMENTS
- 22 NONNEGOTIABLE INSTRUMENTS
- 23 OFFICE-TYPE EQUIPMENT
- 24 OTHER MOTOR VEHICLES
- 25 PURSES / HANDBAGS / WALLETS
- 26 RADIOS / TVs / VCRs
- 27 RECORDINGS - AUDIO / VISUAL
- 28 RECREATIONAL VEHICLES
- 29 STRUCTURES - SINGLE OCCUPANCY DWELLINGS
- 30 STRUCTURES - OTHER DWELLINGS
- 31 STRUCTURES - OTHER COMMERCIAL / BUSINESS
- 32 STRUCTURES - INDUSTRIAL / MANUFACTURING
- 33 STRUCTURES - PUBLIC / COMMUNITY
- 34 STRUCTURES - STORAGE
- 35 STRUCTURES - OTHER
- 36 TOOLS - POWER / HAND
- 37 TRUCKS
- 38 VEHICLE PARTS/ACCESSORIES
- 39 WATERCRAFT
- 77 OTHER
- 88 PENDING INVENTORY
- 99 ( _____ )

## NARRATIVE

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED _____
DATE _____   PAGES 2 of 4
SUBSCRIBE AND SWORN TO BEFORE ME
THIS _____ DAY OF _____ 19 ___
SIGNED _____
NOTARY PUBLIC

USE ADDITIONAL PAGES IF NEEDED

☐ 1-24 CGS

**DEPARTMENT OF POLICE SERVICE EAST HAVEN**

This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style.

Report ID:
Case Number: 00-09292
Report Date: 07/12/00

**CRIS NARRATIVE DETAIL**

On Tuesday, June 28, 2000, at approximately 23:09 hours, I was dispatched to 67 Crest Ave., regarding a harassment complaint. When I arrived, I spoke to the complainant, Josephine Giamo. Ms. Giamo told me that she had just seen her estranged husband Frank Cosenza, peering through a rear window of her home. Ms. Giamo said that about 5 minutes later, Mr. Cosenza called her on the telephone and told her what she was wearing.

Ms. Giamo stated that she has been married to Mr. Cosenza for approximately 1 year. Ms. Giamo had Mr. Cosenza evicted from her residence about 1 1/2 week ago, because Mr. Cosenza was verbally and emotionally abusive toward her. Ms. Giamo is presently trying to dissolve the marriage.

According to Ms. Giamo, Mr. Cosenza has been following her on an almost daily basis. This includes when she goes to church, the Senior Center in East Haven, meetings at St. Boniface Church in New Haven, and when she goes walking. Mr. Cosenza drives by Ms. Giamo's home and leaves harassing messages on her telephone answering machine.

Ms. Giamo says that Mr. Cosenza has a handgun permit and that he constantly reminds her of this fact, in an attempt to intimidate and control her.

I advised Ms. Giamo to apply for a restraining order seeking relief from Mr. Cosenza's abusive and harassing behavior toward her. She told me that she would. Also, I went to Mr. Cosenza's residence to warn him to stay away from Ms. Giamo and her home. Mr. Cosenza was not there, so I left a note on his door to call me. My repeated attempts to contact Mr. Cosenza by telephone have gone unanswered. I informed Mr. Cosenza via his voicemail that the pending restraining order would state the conditions by which he must abide.

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED: [signature]
DATE: 07/12/00
PAGES: 4 of 4

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 19__

SIGNED: _____

☐ NOTARY PUBLIC   ☐ 1-24 CGS

CND-02 (8/96)

| | | | | DEPARTMENT OF POLICE SERVICE EAST HAVEN | Report ID | |
|---|---|---|---|---|---|---|
| This CRIS data entry form should detail the incident in a narrative manner. Include the source of activity, officer's observations, people and property involvement, action taken and disposition. Follow the department requirements for specific freetext style. | | | | | Case Number | 00-09292 |
| | | | | | Report Date | 07/12/00 |

| STATUS V/C/W/O | LAST NAME | FIRST NAME | D.O.B. | ADDRESS | TEL. NUMBER |
|---|---|---|---|---|---|
| V/C | Giamu | Josephine | 08/4/4 | 47 Crest Ave., E.H. | 469-1025 |
| O | Cosenza | Frank | 4/13/63 | 3rd Eastern St. D-114, New Haven | 465-6422 |
| O | Cascio | John | | EHPD | |
| OO | Peterson Sgt. | | | EHPD | |

EAST HAVEN POLICE
CERTIFIED COPY

DATE: 2/16/04
AUTH: