UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA SMITH | : | NO. 3:01 CV 1375(AHN) |
| As Executor of the | : | |
| Estate of Josephine Giaimo | : | |
| | : | |
| vs. | : | |
| | : | |
| TOWN OF EAST HAVEN | : | |
| Individual Officers: | : | |
| Mike D'Amato, Badge #0430 | : | |
| David Torello, Badge #1750 | : | |
| John Cascio, Badge #0310 | : | |
| Lisa Scaramella, Badge #1580; and | : | |
| Kevin McCarthy. Badge #1080 | : | MAY 26, 2004 |

UNOPPOSED MOTION FOR EXTENSION OF TIME

The Defendants hereby move for an enlargement of time to file a reply brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment dated May 21, 2004. Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Defendants, if they choose to file a reply brief, are required to file such within 10 days of the filing of Plaintiff's oppositional brief. As such, the Defendants' reply brief is currently due by June 1, 2004.

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\GIAIMO\MOTION FOR EXT OF TIME FOR REPLY BRIEF 5-27-04.DOC

At this time, the Defendants intend to file a reply brief and respectfully request a thirty (30) day extension of time, or until July 1, 2004, in which to file such. The Defendants represent that good cause exists for an extension of time. Currently, the undersigned is on trial in the matter of <u>Traester v. Town of East Haven</u>, Docket No. CV-01-0277839-S, in Meriden Superior Court. Following said trial, he is scheduled to begin trial in <u>Snowden v. McCarthy</u>, Docket No. 3:02CV1503(AHN), with this Court. Preparation for said trials have taken extensive time. Therefore, the undersigned will not be able to prepare the reply brief in this matter by June 1, 2004.

The undersigned represents that this is the first request submitted by his office in this matter requesting an enlargement of time regarding the briefing of the summary judgment motion. In addition, with respect to the present request, the undersigned represents that opposing counsel has no objection.

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\GIAIMO\MOTION FOR EXT OF TIME FOR REPLY BRIEF 5-27-04.DOC

                                    RESPECTFULLY SUBMITTED,
                                    THE DEFENDANTS

BY:      _____
          HUGH F. KEEFE, ESQ.
          52 Trumbull Street
          P.O. Box 1612
          New Haven, CT 06506
          (203) 787-0275
          Federal Bar No. ct05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on May 26, 2004 to all counsel and pro se parties of record as follows:

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

_____
Hugh F. Keefe

3
Lynch, Traub, Keefe and Errante, p. c.   Attorneys at Law
52 Trumbull Street   p.o. box 1612   New Haven, Connecticut 06506-1612
telephone (203) 787-0275   facsimile (203) 782-0278

W:\East Haven\Giaimo\Motion for Ext of Time for Reply Brief 5-27-04.doc