38

FILED
2004 MAY 27 P 12: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SMITH<br>As Executor of the<br>Estate of Josephine Giaimo | NO. 3:01 CV 1375(AHN) |
| vs. | |
| TOWN OF EAST HAVEN<br>Individual Officers:<br>Mike D'Amato, Badge #0430<br>David Torello, Badge #1750<br>John Cascio, Badge #0310<br>Lisa Scaramella, Badge #1580; and<br>Kevin McCarthy. Badge #1080 | MAY 26, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Defendants hereby move for an enlargement of time to file a reply brief to Plaintiff's Opposition to Defendants' Motion for Summary Judgment dated May 21, 2004. Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, the Defendants, if they choose to file a reply brief, are required to file such within 10 days of the filing of Plaintiff's oppositional brief. As such, the Defendants' reply brief is currently due by June 1, 2004.

6/01/04 GRANTED. SO ORDERED.
H. NEVAS, U.S.D.J.

FILED 2004 JUN -1 P 4: 44
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\GIAIMO\MOTION FOR EXT OF TIME FOR REPLY BRIEF 5-27-04.DOC