(Rev. 2/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 SEP 17 P 2:17

U.S. DISTRICT COURT

**APPEARANCE**

SANDRA SMITH
As Executrix of the
Estate of Josephine Giaimo*

V.

TOWN OF EAST HAVEN
Individual Officers: Mike D'Amato, Badge #0430
David Torello, Badge #1750;
John Cascio, Badge #0310
Lisa Scaramella, Badge #1580; and
Kevin McCarthy, Badge #1080*

CASE NUMBER: 3:01 CV 1375 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendants.

| | |
|---|---|
| 9/15/04 | _[signature]_ |
| Date | Signature |
| Ct18550 | Nicole M. Fournier |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Howard A. Jacobs, Esq.
Rosemarie Pane, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, CT 06503

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

W:\East Haven\Giaimo\Federal Appearance NMF 9-15-04.doc