UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SMITH, | : |
| As Executrix of the | |
| Estate of Josephine Giaimo | : NO. 3:01 CV 1375(AHN) |
| | |
| vs. | : |
| | |
| TOWN OF EAST HAVEN | : |
| Individual Officers: Mike D'Amato, Badge #0430; | : |
| David Torello, Badge # 1750; | : |
| John Cascio, Badge # 0310 | : |
| Lisa Scaramella, Badge #1580; and | : |
| Kevin McCarthy, Badge #1080 | : APRIL 8, 2005 |

**FIRST MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7, plaintiff hereby seeks leave of the Court for an extension of time of twenty days in which to file her opposition to Defendants' Motion for Reconsideration, dated April 1, 2005.  Plaintiff's opposition is presently due May 1, 2005.  Additional time is needed as the undersigned has just recently been on trial and will be away for a portion of April.  Plaintiff seeks an additional three weeks in which respond to the motion.  Defendants do not oppose this motion.  This is the first request to extend time to respond to the Defendant's Motion for Reconsideration.

THE PLAINTIFF

By: _____
    Rosemarie Paine (ct15694)
    JACOBS, GRUDBERG, BELT & DOW, P.C.
    350 Orange Street
    New Haven, CT 06503
    Telephone No.: 203-772-3100
    Facsimile No.: 203-772-1691
    e-mail: rpaine@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid this 8th day of April 2004 to:

Hugh Keefe, Esquire
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06506


_____
Rosemarie Paine

2